UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| **WALTER MCKINNEY,** | ) |
| **Plaintiff,** | ) |
| v. | ) NO. 1:15-cv-00061 |
| | ) **CHIEF JUDGE CRENSHAW** |
| **DEBRA JOHNSON,** *et al.*, | ) |
| **Defendant.** | ) |

# ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Doc. No. 87), to which no Objections have been filed. The Court has reviewed the Report and Recommendation and conducted a de novo review of the record. The Report and Recommendation is **ADOPTED**.

Accordingly, Defendants' Motion for Summary Judgment (Doc. No. 81) is **GRANTED**. The Complaint is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust administrative remedies. The July 10, 2017 pretrial conference and July 25, 2017 trial are **CANCELED**.

The Clerk shall enter judgment in accordance with Federal Rule of Civil Procedure 58. The Court **CERTIFIES** that an appeal taken in forma pauperis from this Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3) (2012).

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE